AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Jose Guadalupe MOLINA-Nava | ) | Case No. |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 02, 2020__ in the county of __La Salle__ in the __Southern__ District of __Texas__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC 1326 | A citizen of Mexico, who has previously been REMOVED or has departed the United States while an order of REMOVAL is outstanding was thereafter found in the United States in or near Encinal, Texas the said Defendant having not obtained the consent of the Attorney General of the United States (prior to March 1, 2003) or of the Secretary of the Department of Homeland Security (March 1, 2003 and thereafter- Title 6, United States Code, Sections 202 and 557) for the reapplication by the said Defendant for admission into the United States. |

This criminal complaint is based on these facts:

On or about October 02, 2020 the defendant Jose Guadalupe MOLINA-Nava was apprehended near Encinal, Texas. After a brief interview it was determined that, Jose Guadalupe MOLINA-Nava was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Guadalupe MOLINA-Nava was previously REMOVED from the United States on 11/21/2014 at Brownsville, Texas. There is no record that Jose Guadalupe MOLINA-Nava has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

☐ Continued on the attached sheet.

/S/Benigno Cepeda
*Complainant's signature*

Benigno Cepeda, Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence,

Date: October 05, 2020

*Judge's signature*

City and state: Laredo, Texas

Diana Song Quiroga, U.S. Magistrate Judge
*Printed name and title*