## STATEMENT IN SUPPORT OF PROBABLE CAUSE

IN RE: Jose Guadalupe MOLINA-Nava

I, Leonel Palau, declare and state as follows:

On or about October 02, 2020 the defendant Jose Guadalupe MOLINA-Nava was apprehended near Encinal, Texas. After a brief interview it was determined that, Jose Guadalupe MOLINA-Nava was an undocumented alien from Mexico and subsequently placed under arrest. Further investigation revealed that Jose Guadalupe MOLINA-Nava was previously REMOVED from the United States on 11/21/2014 at Brownsville, Texas. There is no record that Jose Guadalupe MOLINA-Nava has applied for or received permission from the Attorney General or the Secretary of Homeland Security to re-enter the United States after deportation.

I declare (certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on the 3rd day of October, 2020 at Laredo, Texas.

Leonel Palau
Border Patrol Agent
United States Border Patrol

I find probable cause that the defendant(s) committed an offense against the laws of the United States and may be therefore further detained pending presentment before a judicial officer.

October 4, 2020, 05:09 PM, at Laredo, Texas.

DIANA SONG QUIROGA
UNITED STATES MAGISTRATE JUDGE